ACCEPTED
03-14-00790-CR
4777114
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:07:04 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:07:04 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **GEORGE HENRY WALKER,** | § | |
| Appellant | § | |
| | § | **CAUSE NO. 03-14-00790-CR** |
| VS | § | **TRIAL COURT NO.** |
| | § | **B-14-0650-SA** |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES** George Henry Walker, Appellant in the above styled and numbered cause, by and through Counsel, and moves this Court to grant an extension of time to file appellant's brief, pursuant to **Rule 38.6(d)** of the **Texas Rules of Appellate Procedure**, and for good cause shows the following:

1. This case is on appeal from the 119th District Court in Tom Green County, Texas.

2. The case below is styled *The State of Texas v. George Henry Walker* and numbered B-14-0650-SA.

3. Appellant was convicted of failure to appear/enhanced.

4. Appellant was assessed a sentence of 45 years in the Institutional Division-Texas Department of Criminal Justice on November 3, 2014.

5. Notice of appeal was given on December 15, 2014

1

6.   The Clerk's and Reporter's records were filed on March 6, 2015, and March 2, 2015, respectively.

7.   The Appellant's brief is presently due on April 9, 2015.

8.   Appellant requests an extension of time to file Appellant's brief of thirty (30) days or until May 9, 2015.

9.   No previous requests for extension to file the brief have been filed in this cause.

10.  Defendant is currently incarcerated.

Appellant relies on the following facts as good cause for the requested extension:  Appellant's counsel relies on the following facts as good cause for the requested extension:  The undersigned has had appellate deadlines in the Court of Appeals for the Third District including:   filing appellant's briefs in *State v. Corson*, Nos. 03-15-00054-CR; 03-15-00055-CR; 03-15-00056-CR; and 03-15-00057-CR filed 3-27-15; and *State v. George*, No. 03-14-00673-CR due February 4, 2015.  Additionally, Counsel was required to travel extensively from her office in the past two weeks and was unable to adequately review the record as a result. The undersigned, therefore, would request an additional 30 days to review the record and to perform the necessary legal research for preparation of the brief herein.

**WHEREFORE,** Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Tel: 512-897-8126
Fax: 512-215-8114
Email: ecopeland63@yahoo.com

By:     /s/  Erika Copeland
        Erika Copeland
        State Bar No. 16075250
        Attorney for Appellant

## CERTIFICATE OF SERVICE, COMPLIANCE WITH RULE 9 and of CONFERENCE

This is to certify that on April 6, 2015, a true and correct copy of the above and foregoing document was served on George McCrea, District Attorney, Attn: Appellate Division, 124 W. Beauregard, San Angelo, Texas 76903 in accordance with the *Texas Rules of Appellate Procedure*, and that this motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 529 words, and that the undersigned conferenced with opposing counsel on March 30, 2015, who had no objection to the granting of this motion.

/s/     Erika Copeland
        Erika Copeland